**FILED**

**DEC 1 4 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIHRETU BULTI DASISA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06 2142 |
| | ) |
| HOWARD UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM

This matter comes before the Court upon review of Plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted but the complaint will be dismissed.

Plaintiff alleges that he applied for admission to Howard University in 1998. In addition, he filed applications for financial aid with defendant. He claims he has yet to receive a response to these applications.

Plaintiff has raised this identical claim in four prior cases in this Court. In each instance, the case was dismissed for lack of subject matter jurisdiction. *See Dasisa v. Howard Univ.*, No. 05-2280 (D.D.C. Dec. 1, 2005); *Dasisa v. Howard Univ.*, 05-1395 (D.D.C. Sept. 12, 2005); *Dasisa v. Howard Univ.*, No. 05-1542 (D.D.C. Aug. 30, 2005); *Dasisa v. Howard Univ.*, 05-1249 (D.D.C. June 22, 2005). For these reasons stated in those decisions, the complaint will be dismissed.

An appropriate order accompanies this Memorandum.

DATE: Dec. 13, 2006

United States District Judge