**FILED**

**DEC 1 4 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MIHRETU BULTI DASISA, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. **06 2142** |
| HOWARD UNIVERSITY, | ) |
| Defendant. | ) |

### ORDER

For the reasons stated in the accompanying Memorandum, it is

**ORDERED** that the application to proceed *in forma pauperis* is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**.

United States District Judge

DATE: Dec. 13, 2006

4