UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasosa   CIVIL CASE NO: 06-2142
1355 NEW YORK AVE. NE    Honerable (K.K.)
Washington D.C. 20002
202-332-2359
                    Plaintiff
Board of trustee of
HOWARD UNIVERSITY
2400-6th-ST-N.W
Washington D.C-20059
                    Defendent.

→ MOTION FOR RELIEF FROM JUDGMENT ENTERD ON AND Filed ON DEC-14, 2006 RECIVED ON DEC-27, 2006 Respectfully (see FACT-1 P. Attach)

1- Plaintiff Filed NEW Complaint as said in the body of Nov. 27, 2006 Complaint page 2-5.

2- Plaintiff Filed this NEW Complaint as NOV. 28, 2005 MEMORANDUM OPINION AND ORDER entred on 11/21/05... see - Exhibit I Attached - Complying to Fed-R. 8(a) 1, 2, 3 as GRANTED to File and litigate under the law -

3- Plaintiff Filed this new Complaint in Complying, to UNITED States Court of Appeals For Columbia Judgment entred and Filed on May 3, 2006. See:- one page Exhibit I. (Attached)

4- Plaintiff's NOV. 27, 2006 NEW Complaint page 2 Requested this Honerable Court Rights to sue defendent

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RECEIVED DEC 29 2006

persuant to -- 28 U.S.C-§§1915(a)(1) and 28 U.S.C-§§1915(e)(1)

5- Plaintiff has showed this Honorable Court in this NEW Complaint persuant to Fed.R.8(a) subject Matter: violations of 1964 Civil Right Act as Amended on 1972 for Educational Title IX with Remedial Statute 1984
   see :- page 2 part II - Cause of Action)

6- STATEMENT OF Claims - Demands for judgment were executed in accordance to Fed-R-(8a) 1,2,3.

   Plaintiff Respectfully pray this Honorable Court Relief from the MEMORANDUM And ORDER DATED: Dec-13, 2006, Filed on Dec-14, 2006 --- Received on Dec-27, 2006 persuant to Applicable Rules.
   Respectfully -

   Mihretu Bulti Dursissa
   1355 NEW YORK AVE NE
   Wash-DC-20002
   202-832-2359


Copy
For- U.S. Attorney General
   Civil-Rt-Division
   950 Penn-Ave-Accompnied
   06-2142 Memo-And Order
   2 pages for Review Requested.



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MULUGETA BULTI DASISA,

    Plaintiff,

v.

HOWARD UNIVERSITY,

    Defendant.

Civil Action No. 05 2280

### MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The application will be granted, but the complaint will be dismissed for the following reasons.

Pursuant to 28 U.S.C. § 1915A(b)(1), the Court may dismiss in screening a complaint that fails to state a claim upon which relief can be granted. Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain (1) a short and plain statement of the grounds upon which the court's jurisdiction depends, (2) a short and plain statement of the claim, and (3) a demand

[complaint] contains no factual averments to support a claim. In fact, no claim is made at all. The complaint merely recites certain federal statutes. Accordingly, the complaint will be dismissed. An appropriate order accompanies this Memorandum Opinion.

_____
United States District Judge

DATE: 11/21/05

3

*Exhibit 1*

FILED
NOV 2 8 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIHRETU BULTI DASISA, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. **05 2280** |
| HOWARD UNIVERSITY, ) | |
| Defendant. ) | |

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** the application to proceed *in forma pauperis* is **GRANTED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED without prejudice** for lack of subject matter jurisdiction.

This is a final appealable order. *See* Rule 4(a), Fed. R. App. P.

*/s/ Thomas M. Hogan*

DATE: 11/24/05

4

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 05-7179**                                    **September Term, 2005**

05cv02280

Filed On:



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 3 2006

CLERK

Mihretu Bulti Dasisa,
    Appellant

v.

Howard University,
    Appellee

**APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Ginsburg, Chief Judge, and Sentelle and Rogers, Circuit Judges

## JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by the appellant, the supplement thereto, and appellant's appendix and the supplement to the appendix. It is

**ORDERED AND ADJUDGED** that the district court's order filed November 28, 2005 be affirmed. The district court did not abuse its discretion in dismissing the complaint without prejudice on the ground that it did not state a claim upon which relief can be granted and did not meet the requirements of Federal Rule of Civil Procedure 8(a). See 28 U.S.C. § 1915A(b)(2). The dismissal without prejudice allows the appellant to file a new complaint containing a "short and plain statement" of the basis for the federal court's jurisdiction and a "short and plain statement" of the claim or claims showing that he is entitled to relief. Fed. R. Civ. P. 8(a)(1), (2); see Ciralsky v. CIA, 355 F.3d 661, 668-70 (D.C. Cir. 2004).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

WASHINGTON DC 200
18 DEC 2006

$00.39⁰
DEC 18 2006
MAILED FROM ZIP CODE 20001

NOTE: Received on DC-27-2006
- Time 7:8PM
- Witness-staff Delivery
- at 1355-NY-AVE-NE
- Tel-808-832-2359

Mihretu Bulti Dasisa
1355 New York Avenue NE
Washington, DC 20002

20002/1620