UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
DEC 31 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Mihretu Bulti Dasisa, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2142 |
| ) | |
| Howard University, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff seeks reconsideration of the Order of December 14, 2006, dismissing this case presumably for lack of subject matter jurisdiction. *See* accompanying Memorandum. Plaintiff rightly asserts in the motion that his complaint is brought under Title IX of the Civil Rights Act of 1964 (as amended). 20 U.S.C. §§ 1681 *et seq.* (2002); Compl. at 2-4. He therefore presents a federal question over which this Court has original jurisdiction. 28 U.S.C. § 1331 (2007). Accordingly, it is this 10th day of December 2007,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 5] is GRANTED; it is

FURTHER ORDERED that the Order of December 14, 2006, is VACATED in part. The granting of leave to proceed *in forma pauperis* stands; and it is

FURTHER ORDERED that the Clerk shall reopen this case and randomly assign it to a district judge for further proceedings.

/s/ Reggie B. Walton
United States District Judge