UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MIHRETU BULTI DASISA | ) | |
|     Plaintiff | ) | |
| | ) | Civil Action No. 06-2142 EGS |
| v | ) | |
| | ) | |
| HOWARD UNIVERSITY | ) | |
|     Defendant | | |

**REASSIGNMENT OF CIVIL CASE**
**(non-calendar committee)**

The above entitled action was assigned on December 31, 2007 from Unassigned (9098) to Judge Sullivan because the plaintiff has satisfied the requirements of the PLRA.

NANCY MAYER-WHITTINGTON, CLERK

By: La Tanau Sccott
Deputy Clerk

CC: Judge Sullivan
& Courtroom Deputy