CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MIHRETU BULTI DASISA )
)
)
)
)
Plaintiff )
)
)
v. ) Civil Case Number 06-2142 (RCL)
)
)
HOWARD UNIVERSITY ) Category    L
)
)
Defendant )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>January 15, 2008</u> from <u>Judge Emmet G. Sullivan</u> to <u>Judge Royce C. Lamberth</u> by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   Judge Sullivan & Courtroom Deputy
Judge Lamberth & Courtroom Deputy
Liaison, Calendar and Case Management Committee
Civil Case Processing Clerk