UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MIHRETU BULTI DASISA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-2142 (RCL) |
| ) | |
| **HOWARD UNIV. BD. OF EDUC.,** ) | |
| ) | |
| Defendant. ) | |

## ORDER TO SHOW CAUSE

The defendant was served with the complaint on or before February 11, 2008. The defendant has not filed a response, and plaintiff has failed to seek entry of default or move for default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by May 20, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

/s/
ROYCE C. LAMBERTH
Date: May 5, 2008                United States District Judge