UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIHRETU BULTI DASISA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HOWARD UNIV. BD. OF EDUC., ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 06-2142 (RCL) |

## ORDER DISMISSING CASE

The defendant was served with the complaint on or before February 11, 2008. Because the defendant did not filed a response, the plaintiff was ordered either to show cause in writing by May 20, 2008 why this case should not be dismissed for want of prosecution or, in the alternative, secure entry of default, and file and serve on defendant a motion for default judgment with a proposed final default judgment. Plaintiff has not responded to the order to show cause. Accordingly, it is

ORDERED that this case is DISMISSED for want of prosecution.

This is a final, appealable order. Fed. R. App. 4(a).

Date: May 29, 2008

/s/
ROYCE C. LAMBERTH
United States District Judge



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

NIXIE    207 DC 1    00 06/04/08
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20001299999    *0231-11589-30-42