UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MIHRETU BULTI DASISA,** | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-2142 (RCL) |
| **HOWARD UNIV. BD. OF EDUC.,** | ) | |
| Defendant. | ) | |

## ORDER REINSTATING CASE

This case was dismissed on May 29, 2008 because the plaintiff had not responded to a show cause order issued due to lack of prosecution. Subsequently the plaintiff demonstrated that the show cause order had not been timely sent to him.[1] Plaintiff now seeks leave to file a motion for default judgment against the defendant. It is hereby

ORDERED that the Order dated May 29, 2008 dismissing this case be, and hereby is, VACATED. The Clerk shall reopen this case. It is further

ORDERED that the Clerk shall enter on the docket the plaintiff's motion for default judgment. It is further

ORDERED that the plaintiff's motion for default judgment be, and hereby is, DENIED, without prejudice to renew, for failure to comply with Federal Rule of Civil Procedure 55.

/s/
ROYCE C. LAMBERTH
Chief Judge

DATE: August 12, 2008

---

[1] Although the order to show cause was not timely mailed, plaintiff also had not kept the Clerk apprised of his change of address. Plaintiff is reminded that Local Civil Rule 5.1(e) requires him to file a notice with the Clerk within 10 days of any change of address.