United States Court for District
for District of Columbia

RECEIVED
JUL 18 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mihretu B. Dasisa
  Plaintiff

Civil-Case No: 06-2142
    (RCL)

Howard Univ. BD. of Educ.
  Defendant

## MOTION FOR ENTRY OF JUDGMENT BY DEFAULT.
### persuant to Fed-R. 54 (b)(c)

1- Plaintiff filed Motion on May 24, 2007 pending;
 see: - face copy attached - (1.P.)
2- On 8/13/07/ Plaintiff had served change of Address
 to the New Known Address — see Exhibit -
    434 Shepherd St - NW
    Wash. DC - 20011
    202-460-6391
3- Served Reminder on June 10, 2008 -
 see: - 1 p. attached face copy.
4- On June 20, 2007 Plaintiff filed motion in the
 District - on leave since then; unable to respond.
5- Plaintiff's complaint copies served under Authority
 of 28 U.S.C. §§1915 & 28 U.S.C. §§1916 - warrant
 a judgment by default against the defendant that
 failed, for the relief demanded in the complaint....
 since clerk office served a complaint on or before
 Feb-11, 2008 -- "ORDER TO SHOW CAUSE" proved defendant
 failed, and violated Fed-Civ.R.P. 8, sect-(d), undeniable
6- Plaintiff is on leave for the filed MOTIONS, since defendant
 failed to respond to the clerk office service as NOTICED
    P.T.O.

RECEIVED JUL 18 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

and served by court and plaintiffs motions copies on tome -- plaintiff respectfully ask Honorable Court -- examination, Inspection of Cause of denial of access filed sep. 20, 1998 in D.C. Superior Court -- that is to mean - U.S. Postal-service is defendent in this class-Action (Multiple) defendents -- Retaliated, and held, blocked Court order for show cause filed on May 5, 2008 -- until- 07/14/08 Received - see: - FACE copy of POSTAL-FACT, seal (1) Mailed on May 29, 2008 -- but, delivered on 07/14/08 Received at OLD Address -- before 3 witnesses. for court judgment to dismiss court order by None federal motives, again ---

7 - May 5, 2008 ORDER TO SHOW CAUSE Mailed from clerk office -- on May 29, 2008 -- so, plaintiff was NOT SERVED, NOTICED FOR THE COURT ORDER Response by May 20, 2008 --- delayed in the clerk office here in the court itself -- that was held, under unknown defendents, in United States postal process -- until- 07/14/08 Received -- Therefore, plaintiff was NOT Reasonably served NOTICE by First class or Certified, Return Maile security - for U.S. postal office is among the defendents in the denial access -- before it was moved to U.S. District court for Columbia - Respectfully request, default judgment against defendent Howard Univ. BD- of Education trustee — Mihretu B——
Respectfully
434 Shepherd St. NW
Wash DC 20011
202-460-6391

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MIHRETU BULTI DASISA, <br><br> Plaintiff, <br><br> v. <br><br> HOWARD UNIV. BD. OF EDUC., <br><br> Defendant. | Civil Action No. 06-2142 (RCL) |

## ORDER TO SHOW CAUSE

The defendant was served with the complaint on or before February 11, 2008. The defendant has not filed a response, and plaintiff has failed to seek entry of default or move for default judgment. Accordingly, it is hereby

ORDERED that plaintiff shall show cause in writing by May 20, 2008 why this case should not be dismissed for want of prosecution. If appropriate, plaintiff may satisfy this order by securing entry of default, and filing and serving on defendant a motion for default judgment with a proposed final default judgment.

Date: May 5, 2008

/s/
ROYCE C. LAMBERTH
United States District Judge

Exhibit (1)



CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

$00.42 MAY 29 2008 MAILED FROM ZIP CODE 20001

* 07/14/08 received TODAY —

3 months delay to dismiss case by Mail - hold

Mihretu B. Dafla
13 SSgt AV NE
Wash. DC 20002

UNITED STATES DISTRICT COURT  **RECEIVED**
FOR DISTRICT OF COLUMBIA           MAR 20 2007
                DATE: NOV - 27, 2006    NANCY MAYER WHITTINGTON, CLERK
                                         U.S. DISTRICT COURT

Mihretu Bulti Daisosa
1355 NEW YORK AVE-NE            Case No: _____
Washington DC-
            Plaintiff

HOWARD UNIVERSITY                   RECEIVED
Board of Education                  NOV 27, 2006
2400 - 6th - St - N.W           NANCY MAYER WHITTINGTON, CLERK
Washington DC- 20059               U.S. DISTRICT COURT
            Defendent-

COMPLAINT

(1) JURISDICTION OF this court has ORIGINAL for all civil-actions arising under the Constitution, laws, or treaties of United States of America.
   For effective and applicable provisions see: - 1980 acts, sect-4 of pub-L-96-486 as provided -
   This act, amendment, this sections set out as noted under sect-1 of this Title shall apply to any civil action pending on the date of enactment of this act - (Dec-1, 1980)

(2) District court has jurisdiction in all civil actions arising under the Constitution and laws securing fairness in administration of justice - (persuant to Rule 1)

(3) District court has wide discreation to enlarge the time limits or Revive them after they have expired - there shall be No time limits on Federal power excercising

UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

RECEIVED
MAY 24 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mihretu Bulti DASISA
1355 NEW YORK AVE. NE
Washington DC 20002

Plaintiff

CASE NO: 07-945 (J.R.Jr.)

Howard UNIVERSITY
BOARD OF TRUSTEE

Defendant.

MOTION FOR RELIEF FROM JUDGEMENT ENTERED ON MAY-22, 2007 persuant to Fed. R. 60 sect-a, b, (1,2,3,6....) FOR FINAL JURY REVIEW - persuant to Title 28 U.S.C.§ 2201 And Fed.R. 38 and 39 Respectively.

PETITION FOR REVIEW MEMORANDUM POINTS:

I. 1. MAY 22, MEMORANDUM AND ORDER has ERRORS OF JURISDICTIONAL proceeding RECORD; oversight, mistakes and misrepresentation

2- FRAUD, misconduct of adverse parties.

3- May 22, 2007 Judgment is Contrary to the Law, Constitution and TRIAL by JURY REQUESTED -

4- May 22, 2007 Judgment is Contrary to District of Columbia-STATE superior court TRIAL proceeding held -

5- May 22, 2007, Judgment is Contrary to Fed. civil R.P. 81 sect-(e)

6- May 22, 2007 Judgment Revied this court proceedings held by Honerable Judge PAUL F. Freidman.

P.T.O.

Exhibit - 3

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Mihretu Bulti Dasosa –
                    Plaintiff

Board of Trustee for HOWARD
UNIVERSITY
              Defendant –

**RECEIVED**
JUN 20 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CASE NO. 07-0945
(H.H.K)

MOTION FOR OBJECTION TO ORDER DATED ON 6/7/07
Filed on JUN 15, 2007 Received on JUN 18, 2007 – TO
whole house jury hearing (persuant to Fed.R.60(4,23))

(1) POINTS OF OBJECTION

(A) plaintiff above filed complaint on NOV. 27, 2007
Requested – Trial proceeding held by – TWO COURTS –
   (1) DISTRICT OF Columbia superior court
        whose FORUM STATE LAWS, JURISdiction
        proceeding statues decide this TORT
        claim in U.S. DISTRICT COURT jurisdiction –
   (2) FOR CASES REMOVED TO this DISTRICT COURT
        BY – JOINDERS (CLASS ACTION) THIS COURT
        GRANTED proceeding; TRIED until
        this SAME TORT claim acknowledged by
        Defendant Board of edu. above led proceeding
        until – 04/29/2002 –
   (3) On court leave plaintiff above DID NOT
        Received – this court ORDER to Answer Joinder's
        Request – held by U.S. POSTAL FRAUD, Denial of
        Access – joinder to dismiss this case by Federal
        offence discovered at the time (2004)
   (4) plaintiff above Intervened on 2004 to proc
        eed 04/29/2002 suspention of Re-Trial –
        Continuation on --- that this District Court
        complaint screening PANELS GRANTED
        FORMAL ORDER file individual complaint
        to each defendents Deed to Deny Access –
        TORT claimed, acknowledged, and Removed to
        this court – to proceed the forum state statutes –

Exhibit 4

UNITED STATES DISTRICT COURT
FOR COLUMBIA -

June 9/2008

- Mihretu B. Dasosa
434 Shephered Street, NW
Wash-DC-20011
202-460-6391
            Plaintiff
- Howard Board of Educ-
            Defendant -

RECEIVED
JUN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case No = 07-0945
            (H.H.K)

* <u>NOTICE OF CHANGE OF ADDRESS ALERT WAS SERVED ON 8/13/07 through U.S. CITIES POSTAL FIRST CLASS-MAILS - I'm filing a copy again in person --</u>

* previous Address
    1355 NY-AVE-NE
    Wash-DC-20002

* Current Known Address
    Mihretu B. Dasosa
    434 shepherd street, NW
    Washington DC-20011
    202-460-6391 (cell)

            Respectfully
            Mihretu B Dasosa
            434 Shephered St-NW
            Wash-DC-20011.
            202-460-6391

Certificate of service

I hearby Certify -- MOTION For ENTRY of Judgment filed today in clerk court -- with - Exhibit - 1, 2, 3, 4, attached - by-hand ---

Mihretu Bulti D
434 Shephred St NW
Wash-DC-20011
202-460-6391